UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID VAILAASIA MAGEO, | ) | No. EDCV 08-254 DSF (FFM) |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| LARRY SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge. The Court notes the following: (1) page 13, line 26 should read "the court would not have listened to still other grounds . . .; and (2) at page 14, line 7, "irreparable" should be "irreconcilable."

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition on the merits with prejudice.

DATED: 11/30/11

DALE S. FISCHER
United States District Judge