1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   DAVID VAILAASIA MAGEO,          )   No. EDCV 08-254 DSF (FFM)
                                     )
11                  Petitioner,      )
                                     )   JUDGMENT
12        v.                         )
                                     )
13   LARRY SCRIBNER, Warden,         )
                                     )
14                  Respondent.      )
     _____)
15

16        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

17   United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is dismissed with prejudice.

19             11/30/11

20   DATED: _____

21

22

23                                        _____
                                                DALE S. FISCHER
                                          United States District Judge
24

25

26

27

28