1
2
3
4
5
6
7     UNITED STATES DISTRICT COURT
8     CENTRAL DISTRICT OF CALIFORNIA
9
10  DAVID VAILAASIA MAGEO,            )   No. EDCV 08-254 DSF (FFM)
                                      )
11                  Petitioner,       )
                                      )   JUDGMENT
12        v.                          )
                                      )
13  LARRY SCRIBNER, Warden,           )
                                      )
14                  Respondent.       )
                                      )
15
16     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of
17  United States Magistrate Judge,
18     IT IS ADJUDGED that the Petition is dismissed with prejudice.
19         11/30/11
20  DATED: _____

                                    _____
                                          DALE S. FISCHER
                                       United States District Judge